Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Morton K. Rothschild and Joseph W. Bishop, Jr. for respondent.

No. 727. TODOROW ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Morris Lavine for petitioners. Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl and Harold D. Cohen for the United States.

No. 734. PETERSON v. UNITED STATES;
No. 735. NIZNIK v. UNITED STATES; and
No. 736. COMODOR v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Hayden C. Covington, Victor F. Schmidt and Grover C. Powell for petitioners. Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl and Philip R. Monahan for the United States.

No. 737. GIBSON v. REYNOLDS ET AL. C. A. 8th Cir. Certiorari denied. Hayden C. Covington and Grover C. Powell for petitioner. Solicitor General Perlman, Assistant Attorney General Morison, John R. Benney and Paul A. Sweeney for respondents.

No. 740. TIBBALS ET AL. v. MICA MOUNTAIN MINES, INC. ET AL. C. A. 10th Cir. Certiorari denied.

No. 747. STANDARD BRANDS, INC. ET AL. v. EASTERN SHORE CANNING Co., INC. C. A. 4th Cir. Certiorari denied. Ellis W. Leavenworth for petitioners. George M. Lanning for respondent.